UNITED STATES of America, Plaintiff–Appellee,

v.

Tony CUNNINGHAM, Defendant–Appellant.

Nos. 05–20079, 05–20367
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 10, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Tony Cunningham has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cunningham has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from fur-

---

254

ther responsibilities herein, and the AP-
PEALS ARE DISMISSED. *See* 5TH CIR.
R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has
  determined that this opinion should not be
  published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.